IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DONAL RAY EDWARDS,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION: 1:22-00387-KD-MU |
| | ) |
| **ESCAMBIA COUNTY SHERIFF DEPT.**, *et al.*, | ) |
|     **Defendants.** | ) |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 38) made under 28 U.S.C. § 636(b)(1)(B) and S.D. Ala. GenLR 72(a)(2)(R) and dated January 23, 2024, is **ADOPTED** as the opinion of the Court. Accordingly, it is **ORDERED** that Defendants' motion for summary judgment (Doc. 34) is **GRANTED** and this action is **DISMISSED.**

**DONE** and **ORDERED** this the **22nd** day of **February 2024.**

                                                  /s/ Kristi K. DuBose
                                                  **KRISTI K. DuBOSE**
                                                  **UNITED STATES DISTRICT JUDGE**